UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

WENDELL PEREZ, individually and
as next friend of A.P., a minor
MARIA PEREZ, individually and
as next friend of A.P, a minor,

      Plaintiffs,

vs.                                    CASE NO.:  3:22-cv-00083-TJC-JBT

DAVID BROSKIE, individually,
and in his official capacity as
Superintendent of Clay County
District Schools, JOHN O'BRIAN,
individually, and in his official
capacity as Principal of Paterson
Elementary School,  COURTNEY
SCHUMACHER, individually,  and
in her official capacity as
Assistant Principal of Paterson
Elementary School,   DESTINEY
WASHINGTON, individually and in
her official capacity as counselor
at Paterson Elementary School,

      Defendants.
_____/

**DEFENDANTS' CERTIFICATE OF INTERESTED PERSONS
AND CORPORATE DISCLOSURE STATEMENT**

Defendants, David Broskie, John O'Brian, Courtney Schumacher, and Destiney Washington, by and through their undersigned counsel, hereby disclose the following pursuant to Local Rule 3.03:

1.     The name of each person, attorney, association of persons, firm, law firm, partnership, and corporation that has or may have an interest in the outcome of this action - including subsidiaries, conglomerates, affiliates, parent corporations, publicly-traded companies that own 10% or more of a party's stock, and all other identifiable legal entities related to *any* party in the case:

- A. A.P., a minor – Plaintiff
- B. Broskie, David – Defendant
- C. Broyles, Vernadette R. – Attorneys for Plaintiff
- D. Child & Parental Rights Campaign, Inc. – Attorneys for Plaintiffs
- E. Clay County School Board
- F. Corrigan, Timothy J. – United States District Judge
- G. Evans & Dixon, LLC – Attorney for Plaintiffs
- H. Marsey, J. David – Attorney for Defendants
- I. McAlister, Mary E. – Attorney for Plaintiffs
- J. O'Brian, John – Defendant
- K. Perez, Maria – Plaintiff
- L. Perez, Wendell – Plaintiff
- M. Rady, Kayla E. Platt – Attorney for Defendants
- N. Rumberger, Kirk & Caldwell, P.A. – Attorney for Defendants
- O. Schumacher, Courtney – Defendant
- P. Trakas, Ernest G. – Attorney for Plaintiffs
- Q. Toomey, Joel B. – United States Magistrate Judge
- R. Washington, Destiney - Defendant

2. The name of every other entity whose publicly-traded stock, equity or debt may be substantially affected by the outcome of the proceedings:

    A. None

3. The name of every other entity which is likely to be an active participant in the proceedings, including the debtor and members of the creditors' committee (or twenty (20) largest unsecured creditors) in bankruptcy cases:

    A. None

4. The name of each victim (individual and corporate) of civil and criminal conduct alleged to be wrongful, including every person who may be entitled to restitution:

    A. A.P., a minor – Plaintiff

    B. Perez, Maria – Plaintiff

    C. Perez, Wendell - Plaintiff

I certify that, except as disclosed, I am unaware of any actual or potential conflict of interest affecting the district judge or the magistrate judge in this action, and will immediately notify the judge in writing within fourteen days after I know of a conflict.

Date: March 10, 2022

/s J. David Marsey
J. DAVID MARSEY
Florida Bar No.: 0010212
E-mail: dmarsey@rumberger.com
KAYLA E. PLATT RADY
Florida Bar No.: 0117896
E-mail: krady@rumberger.com
RUMBERGER, KIRK & CALDWELL, P.A.
101 North Monroe Street
Suite 120
Tallahassee, Florida 32301
Tel: 850.222.6550
Fax: 850.222.8783
Attorneys for Defendants

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on March 10, 2022, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to the following: **Mary E. McAlister at mmcalister@childparentrights.org,** **Vernadette R. Broyles at vbroyles@childparentrights.org** and **Ernest G. Trakas at etrakas@evans-dixon.com**.

/s J. David Marsey
J. DAVID MARSEY
Florida Bar No.:  0010212
E-mail:  dmarsey@rumberger.com
KAYLA E. PLATT RADY
Florida Bar No.:  0117896
E-mail:  krady@rumberger.com
RUMBERGER, KIRK & CALDWELL, P.A.
101 North Monroe Street
Suite 120
Tallahassee, Florida 32301
Tel:  850.222.6550
Fax:  850.222.8783
Attorneys for Defendants