# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF FLORIDA
# (JACKSONVILLE DIVISION)

| | |
|---|---|
| Wendell Perez, individually and as next friend of A.P., a minor Maria Perez, individually and as next friend of A.P, a minor, | |
| Plaintiffs | Case No. 3:22-cv-0083-TJC-JBT |
| v. | |
| David Broskie, individually, and in his official capacity as Superintendent of Clay County District Schools, John O'Brian, individually, and in his official capacity as Principal of Paterson Elementary School, Courtney Schumacher, individually, and in her official capacity as Assistant Principal of Paterson Elementary School, Destiney Washington, individually and in her official capacity as counselor at Paterson Elementary School, Clay County School Board, | |
| Defendants. | |

**PLAINTIFFS' RESPONSE TO DEFENDANTS' MOTION TO DISMISS**

COMES NOW, Plaintiffs, Wendell Perez, individually and as next friend of A.P., a minor Maria Perez, individually and as next friend of A.P, a minor, by and through their attorneys of record and file their response to Defendants' Motion to Dismiss as follows:

1

Plaintiffs have filed a First Amended Complaint on March 11, 2022. Plaintiffs have added the Clay County School Board as an additional defendant and added specific factual and legal allegations in the various causes of action. Plaintiffs have also deleted the causes of action for negligent and intentional infliction of emotional distress.

In light of the filing of the First Amended Complaint, Plaintiffs respectfully request that the Court deny Defendants' Motion to Dismiss as moot.

Dated: March 11, 2022

/s/Mary E. McAlister
Mary E. McAlister (FL Bar No. 0010168)
CHILD & PARENTAL RIGHTS CAMPAIGN, INC.
P.O. Box 637
Monroe, VA 24574
770.448.4525
mmcalister@childparentrights.org

Vernadette R. Broyles (GA Bar No. 593026)*
CHILD & PARENTAL RIGHTS CAMPAIGN, INC.
5805 State Bridge Rd., Suite G310
Johns Creek, GA 30097
770.448.4525
vbroyles@childparentrights.org
* pro hac vice admission pending
Attorneys for Plaintiffs

## CERTIFICATE OF SERVICE

I certify that on this 11th day of March 2022, a true and correct copy of the foregoing was electronically filed in the U.S. District Court, Middle District of Florida, using the CM/ECF system which will send a notice of electronic filing to all counsel of record.

<u>/s/ *Mary E. McAlister*</u>
MARY E. MCALISTER