# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF FLORIDA
# (JACKSONVILLE DIVISION)

| | |
|---|---|
| Wendell Perez, individually and as next friend of A.P., a minor Maria Perez, individually and as next friend of A.P, a minor, )))))) | |
| Plaintiffs ) | Case No. 3:22-cv-0083-TJC-JBT |
| v. ) | |
| David Broskie, individually, and in his official capacity as Superintendent of Clay County District Schools, John O'Brian, individually, and in his official capacity as Principal of Paterson Elementary School, Courtney Schumacher, individually, and in her official capacity as Assistant Principal of Paterson Elementary School, Destiney Washington, individually and in her official capacity as counselor at Paterson Elementary School, Clay County School Board, )))))))))))))))))) | |
| Defendants. ) | |

## OPPOSED MOTION TO RESET RULE 16 AND RULE 26 DEADLINES IN LIGHT OF FIRST AMENDED COMPLAINT

Plaintiffs, Wendell Perez, individually and as next friend of A.P., a minor, Maria Perez, individually and as next friend of A.P, a minor, by and through their counsel of record, hereby move the Court for an order resetting the deadlines for the Rule 26 conference, Rule 16 case management statement, and Rule 26 Initial

1

Disclosures in light of Plaintiffs' filing of a First Amended Complaint adding Clay County School Board as a Defendant, based on the following:

1. On February 25, 2022, Defendants filed a Motion to Dismiss pursuant to Rule 12b(6) [Dkt 10].

2. On March 11, 2022, Plaintiffs filed a First Amended Complaint which added the Clay County School Board as a Defendant and eliminated two state law causes of action.

3. Under Local Rule 3.02(b), the parties are required to file the Rule 16 case management statement 40 days after the Defendants' first appearance.

4. Under Rule 26(f), the parties are required to have their initial scheduling conference from which the Rule 16 statement is generated 21 days before the deadline for the Rule 16 case management statement.

5. Under Rule 26(a), Plaintiffs are required to serve their Initial Disclosures 14 days after the Rule 26(f) conference.

6. Using the February 25, 2022 date of Defendants' First Appearance, under Local Rule 3.02(b), the parties would be required to filed the Rule 16 case management statement on April 6, 2022, which would require that the Rule 26(f) conference occur on March 16, 2022 and Plaintiffs' Initial Disclosures be served on March 30, 2022.

7. Since a First Amended Complaint was filed on March 11, 2022 adding a new Defendant which has not yet been served, it would be ineffective, inefficient and counter-productive to conduct a Rule 26(f) conference before all of the parties have been served and responded to the First Amended Complaint.

8. Consequently, Plaintiffs are requesting that the deadline for the Rule 16 statement under Local Rule 3.02(b) be reset to 40 days after all Defendants respond to the First Amended Complaint, with the corresponding Rule 26 deadlines reset to correspond with the new Rule 16 deadline.

9. Plaintiffs state that this motion is not being made to delay the proceedings, but to foster effective and efficient early case management in a way that will avoid duplication of efforts.

For the foregoing reasons, Plaintiffs respectfully request that this Court reset the deadline for the Rule 16 case management under Local Rule 3.02(b) to 40 days after all Defendants respond to the First Amended Complaint.

Dated: March 15, 2022.

>*/s/Mary E. McAlister*
>Mary E. McAlister (FL Bar No. 0010168)
>CHILD & PARENTAL RIGHTS CAMPAIGN, INC.
>P.O. Box 637
>Monroe, VA 24574
>770.448.4525
>mmcalister@childparentrights.org

3

        Vernadette R. Broyles (GA Bar No. 593026)*
        CHILD & PARENTAL RIGHTS CAMPAIGN, INC.
        5805 State Bridge Rd., Suite G310
        Johns Creek, GA 30097
        770.448.4525
        vbroyles@childparentrights.org

        Ernest G. Trakas (MO Bar 33813)*
        Evans & Dixon, LLC
        211 N. Broadway
        St. Louis, MO 63102
        (314) 552-4188
        etrakas@evans-dixon.com
        * pro hac vice admissions pending

        Attorneys for Plaintiffs

## Local Rule 3.01(g) Certification

I have conferred with counsel for Defendants, J. David Marsey, and represent that Defendants oppose the motion to reset Rule 16 and Rule 26 deadlines.

        */s/Mary E. McAlister*

**Certificate of Service**

I certify that on this 15th day of March 2022, a true and correct copy of the foregoing was electronically filed in the U.S. District Court, Middle District of Florida, using the CM/ECF system which will send a notice of electronic filing to all counsel of record.

*/s/ Mary E. McAlister*
MARY E. MCALISTER
