**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

WENDELL PEREZ, individually
and as next friend of A.P., a minor
and MARIA PEREZ, individually
and as next friend of A.P., a minor,

      Plaintiffs,

v.                                                                    Case No. 3:22-cv-83-TJC-JBT

DAVID BROSKIE, et al.,

      Defendants.

_____

# O R D E R

Upon review of the record, it is hereby

**ORDERED:**

1. Plaintiffs' Consent Motion to Reschedule Hearing on Defendants'
Motion to Dismiss First Amended Complaint (Doc. 36) is **GRANTED**. The
December 22, 2022 Telephone Motion Hearing (Doc. 33) is **POSTPONED**. The
Court expresses its deepest sympathies for Mrs. McAlister's loss.

2. The hearing on Defendants' Motion to Dismiss (Doc. 27) will now take
place **IN PERSON** before the undersigned in the United States Courthouse,
Courtroom 10D, 300 North Hogan Street, Jacksonville, Florida on **March 24,
2023** at **10:00 a.m.**

**DONE AND ORDERED** in Jacksonville, Florida the 20th day of December, 2022.



TIMOTHY J. CORRIGAN
United States District Judge

ckm
Copies:

Counsel of record

2