UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

WENDELL PEREZ, individually and
as next friend of A.P., a minor
MARIA PEREZ, individually and
as next friend of A.P, a minor,

      Plaintiffs,

vs.                              CASE NO.: 3:22-cv-00083-TJC-JBT

DAVID BROSKIE, individually,
and in his official capacity as
Superintendent of Clay County
District Schools, et al,

      Defendants.
_____/

# DEFENDANTS' AMENDED[1] FIRST NOTICE OF SUPPLEMENTAL AUTHORITY

All Defendants, pursuant to M.D. Loc. Rule 3.01(i), hereby notify the Court of authority supplementing their Dispositive Motion to Dismiss the First Amended Complaint [D.E. 27], and state:

1.    *Smith v. The City of Springfield, et al.*, Case No. 5:21cv178-MW/MJF (N.D. Fla. August 22, 2022) [DE 34].

2.    Defendants' Motion to Dismiss Amended Complaint, Section

---

[1] Amended only to comply with the local rule. This supersedes Defendants' Notice of Supplemental Authority. [DE34].

III(D)(i)(c), pp. 14-15].

3. **A succinct quotation from the above authority:**

"[M]ere conclusory allegations are not entitled to the weight of the truth [for purposes of establishing agency policy, custom, or practice liability." [DE 34, p. 9].

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on January 19, 2023, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to the following: **Mary E. McAlister at mmcalister@childparentrights.org,** Vernadette R. Broyles at **vbroyles@childparentrights.org** and **Ernest G. Trakas at etrakas@evans-dixon.com**.

/s J. David Marsey
J. DAVID MARSEY
Florida Bar No.: 0010212
E-mail: dmarsey@rumberger.com
KAYLA E. PLATT RADY
Florida Bar No.: 0117896
E-mail: krady@rumberger.com
RUMBERGER, KIRK & CALDWELL, P.A.
101 North Monroe Street
Suite 1050
Tallahassee, Florida 32301
Tel: 850.222.6550
Fax: 850.222.8783
Attorneys for Defendants

17520442.v1