UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

WENDELL PEREZ, individually
and as next friend of A.P., a minor
and MARIA PEREZ, individually
and as next friend of A.P., a minor,

    Plaintiffs,

v.                                                    Case No. 3:22-cv-83-TJC-JBT

DAVID BROSKIE, individually and
in his official capacity as
Superintendent of Clay County
District Schools, JOHN O'BRIAN,
individually and in his official
capacity as Principal of Paterson
Elementary School, COURTNEY
SCHUMACHER, individually and
in her official capacity as Assistant
Principal of Paterson Elementary
School, DESTINEY WASHINGTON,
individually and in her official
capacity as counselor at Paterson
Elementary School, and CLAY
COUNTY SCHOOL BOARD,

    Defendants.

## O R D E R

This case is before the Court on Defendants' Dispositive Motion to Dismiss the First Amended Complaint (Doc. 27), to which Plaintiffs responded in opposition (Doc. 30). The Court held a hearing on the motion, the record of which is incorporated by reference. Accordingly, it is hereby

**ORDERED:**

1. Defendants' Dispositive Motion to Dismiss the First Amended Complaint (Doc. 27) is **GRANTED**. Plaintiffs' First Amended Complaint (Doc. 16) is **DISMISSED without prejudice**.

2. Plaintiffs shall file a second amended complaint no later than **May 31, 2023**. Defendants shall file either an answer or a motion to dismiss no later than **June 30, 2023**. If Defendants move to dismiss the second amended complaint, Plaintiffs shall respond no later than **July 31, 2023**.

**DONE AND ORDERED** in Jacksonville, Florida the 27th day of March, 2023.

TIMOTHY J. CORRIGAN
United States District Judge

ckm
Copies:

Counsel of record