# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### JACKSONVILLE DIVISION

WENDELL PEREZ, individually
and as next friend of A.P., a minor
and MARIA PEREZ, individually
and as next friend of A.P., a minor,

    Plaintiffs,

v.                                                       Case No. 3:22-cv-83-TJC-JBT

DAVID BROSKIE, individually and
in his official capacity as
Superintendent of Clay County
District Schools, DESTINEY
WASHINGTON, individually and in
her official capacity as counselor at
Paterson Elementary School, and
CLAY COUNTY SCHOOL BOARD,

    Defendants.

## **O R D E R**

At the March 24, 2023, hearing the Court inquired with the parties whether it should stay this case pending the appeal in <u>Littlejohn v. Sch. Bd. of Leon Cnty. Fla.</u>, No. 4:21-CV-415-MW-MJF, 2022 WL 18670372 (N.D. Fla. Dec. 22, 2022). Plaintiffs stated that they did not want the case stayed because a stay would hurt their clients and this case involves a Free Exercise Claim that is not at issue in <u>Littlejohn</u>. (Doc. 45 at 41:15–42:12). While the Court expressed its inclination to not stay the case at the hearing, in reviewing Defendants'

Motion to Dismiss and Plaintiffs' response, a major issue is whether the "shocks the conscience" substantive due process standard applies to the facts of this case. It appears that issue is also prevalent in the <u>Littlejohn</u> appeal. The application (or not) of the "shocks the conscience" standard could be dispositive of much of this case. Accordingly, it is hereby

**ORDERED:**

No later than **September 7, 2023**, the parties shall inform the Court whether they oppose a stay of this case pending the Eleventh Circuit's decision in <u>Littlejohn v. Sch. Bd. of Leon Cnty. Fla.</u>

**DONE AND ORDERED** in Jacksonville, Florida the 24th day of August, 2023.



TIMOTHY J. CORRIGAN
United States District Judge

ckm
Copies:

Counsel of record