**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

WENDELL PEREZ, individually
and as next friend of A.P., et. al.,

     Plaintiffs,

                                       Case No. 3:22-cv-83-TJC-JBT

v.

DAVID BROSKIE, individually and
in his official capacity as
Superintendent of Clay County
District Schools, et. al.,

     Defendants.

_____

## O R D E R

     The Court has extensively reviewed to the filings and record of this case. Due to the unsettled nature of the Plaintiffs' claims, as well as the Eleventh Circuit's impending oral argument and subsequent decision in <u>Littlejohn v. School Board of Leon County Florida</u>, No. 23-10385 (11th Cir. filed Feb. 3, 2023), that will likely inform this Court and the parties, this Court will defer its ruling on the Defendants' Motion to Dismiss the Second Amended Complaint (Doc. 46) as to the Clay County School Board.

     As the motion pertains to Defendants Broskie and Washington, the Court considered whether to rule on their qualified immunity defense. However, as the Second Amended Complaint (Doc. 43) requests both declaratory relief

(which is not susceptible to a qualified immunity defense) and damages (which is) as to Broskie and Washington, the Court also defers its ruling on the Motion to Dismiss as to Broskie and Washington.

Accordingly, it is hereby

**ORDERED:**

1. The Court will defer ruling on the Defendants' Motion to Dismiss (Doc. 46) until the Eleventh Circuit Court of Appeals' decision in <u>Littlejohn</u>.

2. Within **30 days** of the Eleventh Circuit's mandate in <u>Littlejohn</u>, the parties will submit a joint filing advising the Court how they wish to proceed.

3. The Clerk will administratively close the case pending the parties' joint filing.

**DONE AND ORDERED** in Jacksonville, Florida, the 15th day of March, 2024.

*Timothy J. Corrigan*
TIMOTHY J. CORRIGAN
United States District Judge

jcd
Copies:

Counsel of record

2