## IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF FLORIDA
### (JACKSONVILLE DIVISION)

Wendell Perez, *et. al*        )    Case No:  3:22-cv-0083-TJC-SJH
          Plaintiffs,  )
v.                  )    **Amended Motion for Admission Pro**
                    )    **Hac Vice of Kevin Smith**
Clay County School Board, *et al.*  )
                    )
          Defendants. )

COMES NOW Mary McAlister, a member in good standing of the Florida Bar and admitted to practice before this Court, and moves the Court for an Order admitting, *pro hac vice*, Kevin Smith as counsel for Plaintiffs in this action. The movant states the following:

1.    Kevin Smith is an attorney at Child & Parental Rights Campaign, Inc; 5425 Peachtree Pkwy, Ste 110, Norcross, GA 30092.  His telephone number is 770-448-4525 and his email address is ksmith@childparentrights.org.

2.    Kevin Smith is not an active member in good standing of the Florida Bar.

3.    Kevin Smith is a member in good standing of the State Bar of Kentucky (2016). He is also admitted in the U.S. District Court for the Eastern District of Kentucky (2016), and the U.S. Court of Appeals for the Sixth Circuit (2016).

4.    Kevin Smith has not abused the privilege of special admission by maintaining a regular practice of law in Florida.

5.    Kevin Smith has not initially appeared in any case in state or

federal court in Florida in the last 36 months.

6.   Kevin Smith satisfies the requirements for obtaining and maintaining membership in the Middle District bar, except for the requirements of membership in the Florida Bar, submission of an application, and payment of a periodic fee.

7.   Kevin Smith has never been convicted of a crime, censured, reprimanded, suspended, placed on inactive status, disciplined, or disbarred from the practice of law; has never been held in contempt of court; and has no grievances pending against him.

8.   Kevin Smith is familiar with the Local Rules for the Middle District of Florida, the Florida State Bar Code of Professional Courtesy and the Lawyer's Creed, and the Middle District of Florida CM/ECF requirements.

9.   The undersigned movant is a member of the bar of this Court in good standing and will serve as local counsel in these proceedings.

10.   As required by Local Rule 83.1(b), a certificate of good standing is attached to this motion as Exhibit A.

11.   As required by Local Rule 83.1(b), payment has been made to the Clerk of the Court for the processing of this Motion for Admission *Pro Hac Vice*.

## Local Rule 3.01(g) Certificate

I, Mary E. McAlister, certify:

1. I have conferred with opposing counsel regarding this Amended Motion for Admission Pro Hac Vice.

2. Opposing counsel neither consents nor opposes the motion but defers to the court.

WHEREFORE, Movant requests that this motion be granted and that an Order be entered admitting Kevin Smith as counsel *pro hac vice* for Plaintiffs.

Dated: November 17, 2025

*/s/Mary E. McAlister*
Mary E. McAlister (VA Bar No.76057)
Child & Parental Rights Campaign, Inc.
P.O. Box 637
Monroe, VA 24574
770.448.4525
mmcalister@childparentrights.org
*Counsel for Plaintiffs*

## CERTIFICATE OF SERVICE

I hereby certify that on this, the 17th day of November, 2025, I electronically filed the foregoing with the Clerk of the Court using the ECF system, which will send notification of such filing to all registered counsel.


*/s/ Mary McAlister*
Counsel for Plaintiffs