## IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF FLORIDA
## (JACKSONVILLE DIVISION)

Wendell Perez, individually and )
as next friend of A.P., a minor )
Maria Perez, individually and )
as next friend of A.P, a minor, )
                                 )
              Plaintiffs )      Case No. 3:22-cv-0083-TJC-JBT
v. )
Clay County School Board, )
David Broskie, Superintendent of )
Clay County District Schools, in his )
Official and individual capacities, )
Destiney Washington, counselor )
at Paterson Elementary School, in her )
individual capacity, )
                                 )
             Defendants. )

**Plaintiffs' Notice of Supplemental Authority and Request for Decision**

Plaintiffs, Wendell and Maria Perez, by counsel, respectfully submit this Notice of Supplemental Authority to comply with M.D. Local Rule 3.01(j), to alert the Court of the following decision that bears on Defendants' Motion to Dismiss the Second Amended Complaint filed on June 30, 2023 (Doc No. 46).

1.      *Mirabelli v. Bonta,* 2026 WL 575049 (U.S. March 2, 2026).

2.      *Mirabelli* is relevant to and supports Plaintiffs' arguments in opposition to Defendants' Motion to Dismiss the Second Amended Complaint, Doc. No. 47, at pp. 4-7 and 16-18.

1

3.   **Succinct Quotations from *Mirabelli:***

a. "Under long-established precedent, parents—not the State—have primary authority with respect to 'the upbringing and education of children.'…The right protected by these precedents includes the right not to be shut out of participation in decisions regarding their children's mental health. …Gender dysphoria is a condition that has an important bearing on a child's mental health, but when a child exhibits symptoms of gender dysphoria at school, California's policies conceal that information from parents and facilitate a degree of gender transitioning during school hours. These policies likely violate parents' rights to direct the upbringing and education of their children." *Mirabelli,* 2026 WL 575049 at *3 (citations omitted).

b. "[T]he parents who seek religious exemptions are likely to succeed on the merits of their Free Exercise Clause claim. California's policies likely trigger strict scrutiny under that provision because they substantially interfere with the 'right of parents to guide the religious development of their children.' *Mahmoud v. Taylor*, 606 U.S.522, 559 (2025) (citing *Wisconsin v. Yoder*, 406 U.S. 205 (1972)). The parents who assert a free exercise claim have sincere

religious beliefs about sex and gender, and they feel a religious obligation to raise their children in accordance with those beliefs. California's policies violate those beliefs and 'impos[e] the kind of burden on religious exercise that *Yoder* found unacceptable." 606 U.S., at 550. Indeed, the intrusion on parents' free exercise rights here—unconsented facilitation of a child's gender transition—is greater than the introduction of LGBTQ storybooks we considered sufficient to trigger strict scrutiny in *Mahmoud*." *Mirabelli,* 2026 WL 575049 at *3.

c. "[T]he doctrine of substantive due process has long embraced a parent's right to raise her child, which includes the right to participate in significant decisions about her child's mental health." *Mirabelli,* 2026 WL 575049 at *3.

Plaintiffs respectfully request that the court issue a decision on the pending motion.

Dated: March 5, 2026.

/s/Mary E. McAlister
Mary E. McAlister (FL Bar No. 0010168)
CHILD & PARENTAL RIGHTS CAMPAIGN, INC.
P.O. Box 637
Monroe, VA 24574
770.448.4525
mmcalister@childparentrights.org

3

Vernadette R. Broyles (GA Bar No. 593026)*
Ernest G. Trakas (MO Bar 33813)*
Kevin R. Smith (KY Bar No. 97083)*
CHILD & PARENTAL RIGHTS CAMPAIGN, INC.
5805 State Bridge Rd., Suite G310
Johns Creek, GA 30097
770.448.4525
vbroyles@childparentrights.org
etrakas@childparentrights.org
ksmith@childparentrights.org
*admitted pro hac vice

Attorneys for Plaintiffs

4

## CERTIFICATE OF SERVICE

I certify that on this 5th day of March, 2026, a true and correct copy of the foregoing was electronically filed in the U.S. District Court, Middle District of Florida, using the CM/ECF system which will send a notice of electronic filing to all counsel of record.

/s/ *Mary E. McAlister*
MARY E. MCALISTER